UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **CRAIG BROWN,** ) | |
| ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | CIVIL NO. 2:11-CV-426 |
| ) | |
| **STATE OF MAINE**, ET AL., ) | |
| ) | |
| **DEFENDANTS** ) | |

ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter as one of the named defendants is Judge Woodcock, Chief Judge of this Court.

**SO ORDERED.**

**DATED THIS 14TH DAY OF NOVEMBER, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**