# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| CRAIG BROWN, )<br>)<br>)<br>    **PLAINTIFF** )<br>)<br>v. )<br>)<br>STATE OF MAINE, ET AL., )<br>)<br>    **DEFENDANTS** ) | CIVIL NO. 2:11-CV-426 |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter as one of the named defendants is Judge Woodcock, Chief Judge of this Court.

**SO ORDERED.**

**DATED THIS 14TH DAY OF NOVEMBER, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**