UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CRAIG BROWN, ) | |
| ) | |
|      **Plaintiff** ) | |
| ) | |
| v. ) | No. 2:11-cv-426-NT |
| ) | |
| STATE OF MAINE, et al., ) | |
| ) | |
|      **Defendants** ) | |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from acting in any proceeding in this matter.

Dated this 14th day of November, 2011.

/s/ John H. Rich III
John H. Rich III
United States Magistrate Judge