# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CRAIG BROWN, | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) No. 2:11-cv-426-NT |
| | ) |
| STATE OF MAINE, et al., | ) |
| | ) |
| **Defendants** | ) |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from acting in any proceeding in this matter.

Dated this 14th day of November, 2011.

/s/ John H. Rich III
John H. Rich III
United States Magistrate Judge